UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CUSTOM BUILT PERSONAL TRAINING, INC.,<br><br>Defendants. | No.  2:14-cv-01005-KJM-CKD<br><br><br>ORDER |

On July 11, 2014, Custom Built Personal Training (CBPT) filed a motion to dismiss this action under Rule 12(b)(6). ECF No. 8.  On August 18, 2014 and January 9, 2015, the parties stipulated to a continuation of the hearing on CBTP's motion. ECF Nos. 10, 12.  In the most recent stipulation, the parties indicated they had reached a tentative settlement, but if settlement was not finalized, CBPT's motion would go forward. ECF No. 12.  No dispositional documents have been filed and the motion is currently scheduled for a hearing on February 27, 2015.  Minute Order, ECF No. 13.  The Local Rules of this District require an opposition or statement of non-opposition no later than fourteen days before the continued hearing date. E.D. Cal. L.R. 230(c).  As of the date of this order, the Equal Employment Opportunity Commission (EEOC) has not filed an opposition or statement of non-opposition.

1

         The court therefore ORDERS the EEOC to show cause within fourteen days why it should not be sanctioned for failure to comply with the local rules.  The hearing is CONTINUED to March 27, 2015, at 10:00 a.m., pending response to this order to show cause.

         IT IS SO ORDERED.

DATED: February 25, 2015.

_____
UNITED STATES DISTRICT JUDGE