UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>CUSTOM BUILT PERSONAL TRAINING, INC.,<br><br>            Defendant. | No. 2:14-CV-01005-KJM-CKD<br><br>ORDER |

On April 23, 2014, the EEOC filed a complaint against defendant allegeing violations of Title VII.  Compl., ECF No. 1.  In compliance with Federal Rule of Procedure 41(a)(1)(ii)(2), plaintiff Equal Employment Opportunity Commission (EEOC) and defendant Custom Built Personal Training, Inc. (CBPT) stipulate to dismissal of all claims against defendant CBPT.  ECF No. 15.  There are no remaining issues or parties in this action.

Under *Kokkonen v. Guardian Life Ins., Co. of America*, 511 U.S. 375, 381–82 (1994) and *Flanagan v. Arnaiz*, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further stipulate that this court shall retain jurisdiction of this action for the purpose of resolving any disputes that may arise in the future regarding the parties' Settlement Agreement.  Ex. A, ECF No. 15.  The parties further agree that the court's jurisdiction over this matter shall expire upon completion of

1

the payment provisions in Paragraph 9 of the Settlement Agreement.  At that time, the EEOC shall file with the court a document attesting to the satisfaction of the terms of the Settlement Agreement.  The EEOC and defendant have agreed to bear their own attorneys' fees and costs.

The above-captioned matter is hereby DISMISSED WITH PREJUDICE.  The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.

DATED: March 10, 2015.

_____
UNITED STATES DISTRICT JUDGE